IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN W. and JULIE ANN HOLMES, ) | |
| ) | |
| Plaintiff, ) | Case No. CV07-421-S-EJL |
| ) | |
| vs. ) | ORDER ADOPTING REPORT |
| ) | AND RECOMMENDATION |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

      On November 4, 2008, United States Magistrate Judge Larry M. Boyle issued a Report and Recommendation, recommending that Defendant's cross-motion for summary judgment be granted and the Plaintiffs' motion for summary judgment be denied. Any party may challenge a Magistrate Judge's proposed recommendation regarding by filing written objections within ten days after being served with a copy of the magistrate's Report and Recommendation. 28 U.S.C. § 636(b)(1)(C). The district court must then "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Id. The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the magistrate. Id.; see also Fed. R. Civ. P. 72(b). Neither side has filed objections to the report and recommendation. The Court has reviewed the report and recommendation, the parties' briefing on the motions, briefing, and the entire record in these matters. Based upon this review, the Court finds the report and recommendation has correctly decided the motions.

**ORDER**

      Having conducted a *de novo* review of the Report and Recommendation, this Court finds that Magistrate Judge Boyle's Report and Recommendation is well founded in law and consistent with this Court's own view of the evidence in the record. Acting on the recommendation of Magistrate Judge Boyle, and this Court being fully advised in the premises, **IT IS HEREBY ORDERED** that

the Report and Recommendation entered on November 4, 2008, (Docket No. 21), should be, and is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety.

    **THEREFORE, IT IS HEREBY ORDERED** as follows:

1)     Defendant's Cross-Motion for Summary Judgment (Dkt. No. 14) is **GRANTED**.

2)     Plaintiffs' Motion for Summary Judgment (Dkt. No. 11) is **DENIED**.

DATED: **January 5, 2009**

Honorable Edward J. Lodge
U. S. District Judge